**Electronically Filed
Supreme Court
SCWC-21-0000463
19-MAR-2025
10:37 AM
Dkt. 51 ODAC**

SCWC-21-0000463

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

RONDA BESELT,
Petitioner/Plaintiff-Appellant,

vs.

WALDORF=ASTORIA MANAGEMENT LLC, a foreign limited
liability company; DEPARTMENT OF LAND AND NATURAL
RESOURCES, STATE OF HAWAI'I,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000463; CASE NO. 2CC161000597)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge To'oto'o, in place of Ginoza, J., recused,
and Circuit Judge Kubota, in place of Devens, J., recused)

Petitioner/Plaintiff-Appellant Ronda Beselt's application

for writ of certiorari filed on January 22, 2025, is rejected.

DATED:  Honolulu, Hawai'i, March 19, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Fa'auuga L. To'oto'o

/s/ Peter K. Kubota

